In the Matter of the Arbitration between LOCAL 853, RETAIL FURNITURE & FLOOR COVERING EMPLOYEES UNION, R.W.D.S.U., C.I.O., Respondent, and BEN ZIMMERMAN, Doing Business as QUALITY FURNITURE SHOWROOMS, Appellant.— Order denying motion for stay of an arbitration proceeding affirmed, with $10 costs and disbursements. There are no evidentiary facts set forth in the motion papers raising a substantial issue as to the making of the contract. Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur.

■

ROSETTA W. MITCHELL, Respondent, v. ERNEST W. BARNES et al., Appellants.— In an action by a real estate broker to recover commissions for services, rendered in connection with a proposed sale of real property in the city of Yonkers, defendants appeal from an order denying their motion to dismiss the complaint on the ground that it fails to state facts sufficient to constitute a cause of action, pursuant to rule 106 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to respondent to serve an amended complaint within ten days after the making of an order hereon. The brokerage agreement, as alleged in the complaint, was that liability for commission was not to be incurred until the purchasers paid defendants a certain sum of money upon the execution of a " superseding contract " of sale, and that payment of commission was to be made at the time of the closing of title. The complaint does not allege that the said payment was made. Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTINE COFFARO, Appellant.— Defendant appeals from a judgment of the County Court, Kings County, convicting him on his plea of guilty of violating article 22 of the Public Health Law (possession with intent to sell a narcotic drug), as a felony, and sentencing him to a term of five to fifteen years. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ.